1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10  EVERGREEN ESTATES CONDOMINIUM
    ASSOCIATION OF APARTMENT                    No: C16-1577  RSM
11  OWNERS, a Washington nonprofit
    corporation,                                **STIPULATED JOINT MOTION AND**
12                                              **ORDER FOR CONTINUANCE OF**
                   Plaintiff,                   **TRIAL DATE AND RELATED**
13                                              **DEADLINES**
           v.
14
    ADMIRAL INSURANCE COMPANY, a
15  Delaware corporation; ASSOCIATED
    INTERNATIONAL INSURANCE
16  COMPANY, an Illinois corporation;
    MARKEL INSURANCE COMPANY, a
17  Virginia corporation; and DOE INSURANCE
    COMPANIES 1-10,
18
                   Defendants.
19

20                       **MOTION**

21          Counsel for all Parties (Plaintiff Evergreen Estates Condominium Association and

22  Defendants Admiral Insurance Company, Associated International Insurance Company and

23  Markel Insurance Company) submit this stipulated motion for a four-month continuance of

24  the trial date and related dates as described below. The parties' joint motion is based on LCR

25  10(g) and LCR 16(b)(5). The motion is supported by the declaration of attorneys Michael

26

McCormack. Mr. McCormack has conferred with counsel for the other parties—Mr. Houser for the Association, and Mr. Bentson for Admiral—and Mr. McCormack is submitting this motion and declaration at the request of Mr. Houser and Mr. Bentson.

## REASONS JUSTIFYING PROPOSED CHANGE

Mr. Houser and Mr. Bentson represent opposing parties in a matter scheduled for trial on May 22, 2017, in the U. S. District Court for the Western District of Washington in Tacoma. See *Eagle Harbour Condo Association v. AllState, et. al.*, Cause No.: 3:15-CV-05312-RBL. In order to properly prepare and try the *Eagle Harbour* case, Messrs. Houser and Bentson along with their staff will be working full time on the Eagle Harbour case until early June, or later.

The consequence to this case is that the parties cannot realistically complete the discovery and deposition work necessary to meet this case's discovery deadline of May 22, 2017. In addition, all parties intend to file motions for summary judgment in this case, but due to their work on the Eagle Harbour trial, Mr. Houser and Mr. Bentson will not be able to complete discovery and file their motions in this case by the June 20 deadline for dispositive motions

The attorneys have conferred. Along with their clients, they are in unanimous agreement that a four-month continuance of the trial date in this matter, along with a concomitant rescheduling of pending deadlines, is an appropriate solution if this Court agrees. What the parties specifically request is as follows:

| CURRENT DATE | PROPOSED DATE |
|---|---|
| Trial: September 18, 2017 | January 18, 2018 or date TBD by Court |
| Rebuttal Expert: April 28, 2017 | July 28, 2017 |
| Discovery Cut off: May 22, 2017 | September 22, 2017 |
| Dispositive Motion Deadline: June 20, 2017 | October 20, 2017 |
| Mediation: August 4, 2017 | December 4, 2017 |

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

| CURRENT DATE | PROPOSED DATE |
|---|---|
| Motions in Limine: August 21,2017 | December 21, 2017 |
| Pretrial Order: September 6, 2017 | January 5, 2018 |
| Trial Briefs: September 13, 2017 | January 12, 2018 |

DATED: May 2, 2017

BULLIVANT HOUSER BAILEY PC

By: /s/ Daniel R. Bentson
    Daniel R. Bentson, WSBA #36825
    E-mail: dan.bentson@bullivant.com
    Owen R. Mooney, WSBA #45770
    E-Mail: owen.mooney@bullivant.com
    1700 Seventh Avenue, Suite 1810
    Seattle, Washington 98101
    Phone: (206) 292-8930

*Attorneys for Defendant Admiral Insurance Company*

BULLIVANT HOUSER BAILEY PC

By /s/ Michael McCormack

    Michael McCormack, WSBA #15006
    E-mail:
    michael.mccormack@bullivant.com
    1700 Seventh Avenue, Suite 1810
    Seattle, Washington 98101
    Phone: (206) 292-8930

*Attorneys for Defendants Associated International Insurance Company and Markel Insurance Company*

STEIN SUDWEEKS & HOUSER, PLLC

By: /s/ Daniel S. Houser
    Justin Sudweeks, WSBA #28755
    E-mail: justin@condodefects.com
    Daniel S. Houser, WSBA #32327
    E-Mail: dhouser@condodefects.com
    Daniel Stein, WSBA #48739
    E-mail: dstein@condodefects.com
    2701 First Avenue, Suite 430
    Seattle, Washington 98121
    Phone: (206) 388-0660

*Attorneys for Plaintiff Evergreen Estates Condominium Association of Owners*

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

**ORDER**

IT IS ORDERED that the trial of this matter is rescheduled for **January 22, 2018**.

The case schedule set forth above is adopted **with the exception of the trial date**.

DATED this 2nd day of May 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

BULLIVANT HOUSER BAILEY PC

By /s/ Michael McCormack
    Michael McCormack, WSBA #15006
    E-mail: michael.mccormack@bullivant.com
    1700 Seventh Avenue, Suite 1810
    Seattle, Washington 98101
    Phone: (206) 292-8930

*Attorneys for Defendants Associated International Insurance Company and Markel Insurance Company*

Approved as to Form:

BULLIVANT HOUSER BAILEY PC

By: /s/ Daniel R. Bentson
Daniel R. Bentson, WSBA #36825
E-mail: dan.bentson@bullivant.com
Owen R. Mooney, WSBA #45770
E-Mail: owen.mooney@bullivant.com
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101
Phone: (206) 292-8930

*Attorneys for Defendant Admiral Insurance Company*

STEIN SUDWEEKS & HOUSER, PLLC

By: /s/ Daniel S. Houser
Justin Sudweeks, WSBA #28755
E-mail: justin@condodefects.com
Daniel S. Houser, WSBA #32327
E-Mail: dhouser@condodefects.com
Daniel Stein, WSBA #48739
E-mail: dstein@condodefects.com
2701 First Avenue, Suite 430
Seattle, Washington 98121
Phone: (206) 388-0660

*Attorneys for Plaintiff Evergreen Estates Condominium Association of Owners*

JOIN MOTION FOR CONTINUANCE OF TRIAL DATE AND
RELATED DEADLINES
NO.: 2:16-CV-01577

PAGE 4

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930