HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN ESTATES CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; ASSOCIATED INTERNATIONAL INSURANCE COMPANY, an Illinois corporation; MARKEL INSURANCE COMPANY, a Virginia corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:16-cv-01577RSM<br><br>**STIPULATED JOINT MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE AND RELATED DEADLINES** |

## MOTION

Counsel for all Parties (Plaintiff Evergreen Estates Condominium Association and Defendants Admiral Insurance Company, Associated International Insurance Company ("AIIC") and Markel Insurance Company) submit this stipulated motion for a two-and-a-half-month continuance of the trial date and related dates as described below. The parties' joint motion is based on LCR 10(g) and LCR 16(b)(5). The motion is supported by the declaration of attorney Daniel Houser. Mr. Houser has conferred with counsel for the other

JOINT MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE   PAGE 1
AND RELATED DEADLINES
NO.: 2:16-CV-01577

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

parties—Mr. McCormack for AIIC and Markel, and Mr. Bentson for Admiral—and Mr. Houser is submitting this motion and declaration at the request of Mr. McCormack and Mr. Bentson.

## REASONS JUSTIFYING PROPOSED CHANGE

Mr. Houser, Mr. Bentson, and Mr. McCormack are opposing counsel in several pending cases. Mr. McCormack previously agreed to continue the trial of this action from September 2017 to January 2018 as a professional courtesy to Messrs. Houser and Bentson to allow for the trial of *Eagle Harbour Condo Association v. Allstate, et. al.*, Cause No.: 3:15-CV-05312-RBL.

Due to conflicts with other pending cases the attorneys have conferred about a second trial continuance. Along with their clients, they are in unanimous agreement that a two-and-a-half month continuance of the trial date in this matter, along with a concomitant rescheduling of pending deadlines, is an appropriate solution if this Court agrees. What the parties specifically request is as follows:

| CURRENT DATE | PROPOSED DATE |
| --- | --- |
| Trial: January 22, 2018 | April 9, 2018 or date TBD by Court |
| Discovery Cut off: September 22, 2017 | December 11, 2017 |
| Dispositive Motions: October 20, 2017 | January 5, 2018 |
| Mediation: December 4, 2017 | February 20, 2018 |
| Motions in Limine: December 21, 2017 | March 9, 2018 |
| Pretrial Order: January 5, 2018 | March 23, 2018 |
| Trial Briefs: January 12, 2018 | March 30, 2018 |

JOINT MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE PAGE 2
AND RELATED DEADLINES
NO.: 2:16-CV-01577

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

| | |
|---|---|
| 1 | DATED: September 6, 2017 |

| | | |
|---|---|---|
| 2 | BULLIVANT HOUSER BAILEY PC | STEIN SUDWEEKS & HOUSER, PLLC |
| 3 | By: *s/Daniel Houser for*_____ | By: *s/Daniel S. Houser*_____ |
| | Daniel R. Bentson, WSBA #36825 | Justin Sudweeks, WSBA #28755 |
| 4 | E-mail: dan.bentson@bullivant.com | E-mail: justin@condodefects.com |
| | Owen R. Mooney, WSBA #45770 | Daniel S. Houser, WSBA #32327 |
| 5 | E-Mail: owen.mooney@bullivant.com | E-Mail: dhouser@condodefects.com |
| | 1700 Seventh Avenue, Suite 1810 | Daniel Stein, WSBA #48739 |
| 6 | Seattle, Washington 98101 | E-mail: dstein@condodefects.com |
| | Phone: (206) 292-8930 | 2701 First Avenue, Suite 430 |
| 7 | | Seattle, Washington 98121 |
| | *Attorneys for Defendant Admiral Insurance* | Phone: (206) 388-0660 |
| 8 | *Company* | |
| | | *Attorneys for Plaintiff Evergreen Estates* |
| 9 | | *Condominium Association of Owners* |
| 10 | BULLIVANT HOUSER BAILEY PC | |
| 11 | By: *s/Daniel Houser for*_____ | |
| | Michael McCormack, WSBA #15006 | |
| 12 | E-mail: michael.mccormack@bullivant.com | |
| 13 | 1700 Seventh Avenue, Suite 1810 | |
| | Seattle, Washington 98101 | |
| 14 | Phone: (206) 292-8930 | |
| 15 | *Attorneys for Defendants Associated* | |
| | *International Insurance Company and Markel* | |
| 16 | *Insurance Company* | |

JOINT MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE   PAGE 3
AND RELATED DEADLINES
NO.: 2:16-CV-01577

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

# ORDER

IT IS SO ORDERED. Trial of this matter is rescheduled for April 9, 2018. The case schedule set forth above is adopted.

DATED this 6 day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

STEIN SUDWEEKS & HOUSER, PLLC

By: *s/Daniel S. Houser*
Justin Sudweeks, WSBA #28755
E-mail: justin@condodefects.com
Daniel S. Houser, WSBA #32327
E-Mail: dhouser@condodefects.com
Daniel Stein, WSBA #48739
E-mail: dstein@condodefects.com
2701 First Avenue, Suite 430
Seattle, Washington 98121
Phone: (206) 388-0660

*Attorneys for Plaintiff Evergreen Estates Condominium Association of Owners*

Approved as to Form:

BULLIVANT HOUSER BAILEY PC

By: *s/Daniel R Bentson*
Daniel R. Bentson, WSBA #36825
E-mail: dan.bentson@bullivant.com
Owen R. Mooney, WSBA #45770
E-Mail: owen.mooney@bullivant.com
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101
Phone: (206) 292-8930

*Attorneys for Defendant Admiral Insurance Company*

BULLIVANT HOUSER BAILEY PC

By: *s/Michael McCormack*
Michael McCormack, WSBA #15006
E-mail: michael.mccormack@bullivant.com
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101
Phone: (206) 292-8930

*Attorneys for Defendants Associated International Insurance Company and Markel Insurance Company*

JOINT MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE  PAGE 4
AND RELATED DEADLINES
NO.: 2:16-CV-01577

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930