UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN ESTATES CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington non profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; ASSOCIATED INTERNATIONAL INSURANCE COMPANY, an Illinois corporation; MARKEL INSURANCE COMPANY, a Virginia corporation; and DOE INSURANCE COMPANIES 1-10.<br><br>Defendants. | No.: 2:16-cv-01577 RSM<br><br>STIPULATION AND ORDER DISMISSING WITH PREJUDICE |

## **STIPULATION**

Plaintiff Evergreen Estates Condominium Association of Apartment Owners ("Plaintiff") and Defendants Admiral Insurance Company, Associated International Insurance Company, and Markel Insurance Company (together, the "Defendants") join in this stipulated motion and respectfully request an order from the Court dismissing, with prejudice, all claims brought by Plaintiff against the Defendants, and without attorney fees, expenses, or costs to any party.

DATED: January 29, 2018.

| | |
|---|---|
| BULLIVANT HOUSER BAILEY P.C. | STEIN SUDWEEKS & HOUSER, PLLC |
| By: /s/ Daniel R. Bentson<br>Daniel R. Bentson, WSBA #36825<br>E-mail: dan.bentson@bullivant.com<br>Owen R. Mooney, WSBA #45779<br>E-mail: owen.mooney@bullivant.com<br>1700 Seventh Avenue, Suite 1810<br>Seattle, Washington 98101<br>Phone: (206) 292-8930<br><br>Attorneys for Defendant Admiral Insurance Company | By: /s/ Daniel S. Houser (per email approval)<br>Justin Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel S. Houser, WSBA #32327<br>dhouser@condodefects.com<br>Daniel Stein, WSBA #48739<br>dstein@condodefects.com<br>2701 First Avenue, Suite 430<br>Seattle, WA 98121<br>Phone: 206.388.0660<br><br>Attorneys for Plaintiff Evergreen Estates Condominium Association of Owners |

BULLIVANT HOUSER BAILEY P.C.

By: /s/ Michael McCormack (per email approval)
Michael McCormack, WSBA #15006
E-mail: michael.mccormack@bullivant.com
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101
Phone: (206) 292-8930

Attorney for Defendants Associated International Insurance Company and Markel Insurance Company

STIPULATION TO DISMISSAL WITH PREJUDICE
No.: 2:16-cv-01577 RSM

Page 2

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

# ORDER

Based on the Stipulation to Dismiss with Prejudice submitted by Plaintiff Evergreen Estates Condominium Association of Apartment Owners ("Plaintiff") and Defendants Admiral Insurance Company, Associated International Insurance Company, and Markel Insurance Company (together, the "Defendants"), the Court hereby GRANTS the Parties' motion and ORDERS that Plaintiff's claims against Defendants are dismissed with prejudice, and without attorney fees, expenses, or costs as to any party.

DATED this 31st day of January 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

BULLIVANT HOUSER BAILEY PC

By  /s/ Daniel R. Bentson
Daniel R. Bentson, WSBA #36825
E-mail: dan.bentson@bullivant.com
Owen R. Mooney, WSBA #45779
E-mail: owen.mooney@bullivant.com
1700 Seventh Ave., Suite 1810
Seattle, Washington 98101
206.292.8930

Attorneys for Defendant Admiral Insurance Company

STIPULATION TO DISMISSAL WITH PREJUDICE
No.: 2:16-cv-01577 RSM
Page 3
**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Approved as to Form:

STEIN SUDWEEKS & HOUSER, PLLC

By   /s/ Daniel S. Houser (per email approval)
Justin Sudweeks, WSBA #28755
E-mail: justin@condodefects.com
Daniel S. Houser, WSBA #32327
E-mail: dhouser@condodefects.com
Daniel Stein, WSBA #48739
E-mail: dstein@condodefects.com
2701 First Avenue, Suite 430
Seattle, WA 98121
Phone: 206.388.0660

Attorneys for Plaintiff Evergreen Estates Condominium Association of Owners


BULLIVANT HOUSER BAILEY PC

By   /s/ Michael McCormack (per email approval)
Michael McCormack, WSBA #15006
E-mail: michael.mccormack@bullivant.com
1700 Seventh Ave., Suite 1810
Seattle, Washington 98101
206.292.8930

Attorney for Defendants Associated International Insurance Company and Markel Insurance Company

STIPULATION TO DISMISSAL WITH PREJUDICE Page 4
No.: 2:16-cv-01577 RSM

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930